IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>BRIAN JENSEN, NATALIE JENSEN, GREGORY MISSMAN and NINA MISSMAN,<br><br>            Defendants. | CV 20–150–M–DLC<br><br><br>ORDER |

Pursuant to Plaintiff Allstate Vehicle and Property Insurance Company's Notice of Dismissal (Doc. 3) and Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 12th day of April, 2021.

*[signature: Dana L. Christensen]*

Dana L. Christensen, District Judge
United States District Court

-1-